# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

HOWARD COHAN,

        Plaintiff,

v.                                                   Case No.: 6:22-cv-1989-WWB-LHP

ADISER ORLANDO LLC,

        Defendant.

## ORDER

The Court has been advised by the parties' Joint Stipulation of Dismissal With Prejudice that the above-styled action has been completely settled. (Doc. 10 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. Any motion filed must comply with the Local Rules and this Court's January 13, 2021 Standing Order. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on April 10, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record